UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

United States )
)
v. )  C.A. No. 13CR10275PBS
)
Damien J Hess )
)

## NOTICE OF APPEAL

Notice is hereby given that **Damien J. Hess**, the **defendant** in the above-named matter, hereby appeals to the United States District Court of Appeals For the First Circuit from the **Judgment** entered in this action on **July 14, 2015**
Case # 1:13-cr-10275-PBS

Respectfully submitted,

Date: 7/23/15

(signature)
Print name & address:
Damien J. Hess

### Certificate of Service

I, **Mark Henson**, certify that I have caused a copy of this Notice of Appeal to be served by mailing a copy of the same to **U.S. Attorney's Office** (recipient)), at **1 Courthouse Way Ste 9200 Boston, MA 02210** (address) on _____ (date).

Date: 7/23/15

(signature)
Print name:
Mark Henson

FILED IN CLERK'S OFFICE 2015 JUL 28 PM 3:09 U.S. DISTRICT

July 26, 2015

Damien J. Hess

Attention Clerk of the Court

United States District Court of Appeals For the First Circuit

Enclosed you will find my appeal from the judgment that was filed on July 14, 2015. I am asking you to please file this for me as I live in California and I am not financially able to come to the courthouse and file it myself. I read online that you can file it for me manually. I want to thank you for helping me in this vital matter.

Sincerely _[signature]_

Damien J. Hess

Defendant