UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> DAMIEN HESS, <br> Defendant. | No. 1:13-cr-10275-PBS-1 |

## DEFENDANT'S MOTION TO PROCEED ON APPEAL
## IN FORMA PAUPERIS

The defendant, Damien Hess ("the defendant"), by and through his attorneys, respectfully seeks from the Honorable Court permission to proceed with his appeal *in forma pauperis*, pursuant to F.R.A.P. 24. As grounds therefor, the defendant states as follows:

1. On November 14, 2014, a Rule 11 hearing was conducted and the defendant pled guilty to all counts in the indictment, specifically one (1) count of conspiracy to commit wire fraud, in violation of 18 U.S.C. § 371, and seven (7) counts of substantive wire fraud, in violation of 18 U.S.C. § 1343, *see* Dkt. # 131;

2. On June 30, 2014, the defendant was sentenced to a term of 51 months imprisonment to run concurrently on all counts of conviction, *see* Dkt. # 221;

3. Judgment was entered on July 14, 2015, *see* Dkt. # 230;

4. A timely Notice of Appeal was filed on July 28, 2015, *see* Dkt. # 234;

5. The case has been designated with docket number 15-1876, in the First Circuit Court of Appeals;