# United States Court of Appeals
## For the First Circuit

No. 15-1876

UNITED STATES

Appellee

v.

DAMIEN HESS

Defendant - Appellant

**JUDGMENT**

Entered: October 19, 2016
Pursuant to 1st Cir. R. 27.0(d)

    Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

    Mandate to issue forthwith.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Theodore Marvin Lothstein
Damien Hess
Dina Michael Chaitowitz
Sara Miron Bloom
Doreen Marie Rachal
Patrick Michael Callahan
William J. Lovett
Lauren Graber